UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN E. SWEPSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No. 25-cv-06330-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee in Santa Clara County jail, filed a *pro se* civil rights action and *in forma pauperis* (IFP) application. Dkt. Nos. 1, 2. That same day, the Clerk of the Court informed plaintiff that this action was deficient because plaintiff's IFP application was incomplete because it was missing a certificate of funds and a prisoner trust account statement. Dkt. No. 3. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* Plaintiff sought an extension, which the Court granted. Dkt. No. 8. The extended deadline has passed, and plaintiff has not submitted the required documents nor sought additional time.

The Court therefore dismisses this action. The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge